**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee v. R.E. TRK, Inc. f/k/a R.E. Trucking, Inc., an Illinois corporation, Rupe Contracting, Inc., an Illinois corporation

Case Number: `
FILED
March 11, 2008   TG
08cv1443
Judge ZAGEL
Magistrate Judge COLE

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee

| NAME (Type or print) |
| --- |
| Timothy C. Reuter |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| --- |
| s/ Timothy C. Reuter |

| FIRM |
| --- |
| Central States Legal Department |

| STREET ADDRESS |
| --- |
| 9377 W. Higgins Road |

| CITY/STATE/ZIP |
| --- |
| Rosemont, IL 60018-4938 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 06279373 | (847) 518-9800 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐