### United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV1443                  Assigned/Issued By: J. N.

Judge Name: ZAGEL                      Designated Magistrate Judge: COLE

---

## FEE INFORMATION

Amount Due:   ☑ $350.00    ☐ $39.00    ☐ $5.00
              ☐ IFP        ☐ No Fee    ☐ Other _____
              ☐ $455.00

*(For use by Fiscal Department Only)*

Amount Paid: 350                       Receipt #: 2604670

Date Payment Rec'd: 3-11-08            Fiscal Clerk: J. N.

---

## ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   
                                       _____
                                       *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets          ☐ Other
☐ Writ _____            _____
     *(Type of Writ)*                  *(Type of issuance)*

2 Original and 0 copies on 3-11-08 as to ALL DEFENDANTS
                        *(Date)*