AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Central States, Southeast and Southwest Areas
Pension Fund, and Howard McDougall, trustee

V.

R.E. TRK, Inc. f/k/a R.E. Trucking, Inc., an
Illinois corporation, Rupe Contracting, Inc., an
Illinois corporation

CASE NUMBER: **08 C 1443**

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE ZAGEL
MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

R.E. TRK, Inc. f/k/a R.E. Trucking, Inc., an Illinois corporation
c/o: John A. Rupe, President and Registered Agent
451 State RTE 251
Rutland, IL 61358

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laura B. Bacon
Central States Law Department
9377 W. Higgins Road
Rosemont, IL 60018-4938
(847) 518-9800, Ext. 3704

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_
--------------------------------
**(By) DEPUTY CLERK**

March 11, 2008
--------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 4-9-08 |
| NAME OF SERVER *(PRINT)* Randy Raicey | TITLE Deputy |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 481 A 251 Rupaus

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-9-08
Date

Signature of Server

707 Etna Rd - Ottawa
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.