AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Central States, Southeast and Southwest Areas
Pension Fund, and Howard McDougall, trustee

CASE NUMBER: **08 C 1443**

V.

ASSIGNED JUDGE:

R.E. TRK, Inc. f/k/a R.E. Trucking, Inc., an
Illinois corporation, Rupe Contracting, Inc., an
Illinois corporation

DESIGNATED
MAGISTRATE JUDGE:

**JUDGE ZAGEL**
**MAGISTRATE JUDGE COLE**

TO: (Name and address of Defendant)

Rupe Contracting, Inc., an Illinois corporation
c/o: John A. Rupe, President and Registered Agent
451 State RTE 251
Rutland, IL 61358

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Laura B. Bacon
Central States Law Department
9377 W. Higgins Road
Rosemont, IL 60018-4938
(847) 518-9800, Ext. 3704

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

March 11, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 4-9-08 |
| NAME OF SERVER *(PRINT)* MANDY BAILEY | TITLE Deputy |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 451 RT 251 Ottawa

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4-9-08
Date

Signature of Server: [signature] 028

Address of Server: 707 Etna Rd Ottawa IL 61350

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.