## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and HOWARD McDOUGALL, | )<br>)<br>) |
| Plaintiffs, | ) Case No. 08 C 1443 |
| v. | ) District Judge James B. Zagel<br>)<br>) Magistrate Judge Jeffrey Cole |
| R.E. TRK, INC. f/k/a R.E. TRUCKING, INC., an Illinois corporation, RUPE CONTRACTING, INC., an Illinois corporation, | )<br>)<br>)<br>)<br>) |
| Defendant. | ) |

**NOTICE OF MOTION**

TO:  Rupe Contracting, Inc.
R.E. TRK, Inc. f/k/a R.E. Trucking, Inc.
c/o John A. Rupe, President and Registered Agent
451 State RTE. 251
Rutland, Illinois 61358

PLEASE TAKE NOTICE that on June 5, 2008 at the hour of 10:15 a.m. or as soon thereafter as counsel may be heard, Plaintiffs' attorney will appear before the Honorable James B. Zagel of the United States District Court for the Northern District of Illinois, located

-2-

at Courtroom 2503, 219 South Dearborn, Chicago, Illinois, or such other Judge as may be sitting in his stead, and then and there present the attached Plaintiffs' Motion for Default Judgment. You are entitled to appear and be heard.

> Respectfully submitted,
>
> /s/ Laura B. Bacon
> Laura B. Bacon
> Attorney for Plaintiffs
> Central States, Southeast and
> Southwest Areas Pension Fund
> 9377 W. Higgins Road
> Rosemont, Illinois 60018-4938
> (847)518-9800, Ext. 3704
> ARDC No. 6288982
> lbacon@centralstatesfunds.org

-3-

**CERTIFICATE OF SERVICE**

    I, Laura B. Bacon, one of the attorneys for the Central States, Southeast and Southwest Areas Pension Fund, certify that on June 2, 2008, I caused the foregoing Notice of Motion to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system. For all other parties, who are listed below, I served the foregoing by mailing said documents to:

    Rupe Contracting, Inc.
    R.E. TRK, Inc. f/k/a R.E. Trucking, Inc.
    c/o John A. Rupe, President and Registered Agent
    451 State RTE. 251
    Rutland, Illinois 61358

Said document was deposited via Overnight Mail, care of the United Parcel Service, at 9377 West Higgins Road, Rosemont, Illinois, 60018-4938, this 2nd day of June, 2008.

    /s/ Laura B. Bacon
    Laura B. Bacon
    One of Central States' Attorneys