Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 1443 | DATE | 6/5/2008 |
| CASE TITLE | CENTRAL STATES, ETAL vs. R.E. TRK, INC., ET AL | | |

**DOCKET ENTRY TEXT**

Enter judgment order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|