

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND and HOWARD McDOUGALL, <br><br>Plaintiffs, <br><br>v. <br><br>R.E. TRK, INC. f/k/a R.E. TRUCKING, INC., an Illinois corporation, RUPE CONTRACTING, INC., an Illinois corporation, <br><br>Defendant. | Case No. 08 C 1443 <br><br>District Judge James B. Zagel <br><br>Magistrate Judge Jeffrey Cole |

## JUDGMENT ORDER

This matter coming before the Court on Plaintiffs' Motion for Default Judgment, and the Court having reviewed the Motion along with the supporting materials, hereby FINDS, ORDERS, and ADJUDGES as follows:

   A.   That Defendant R.E. TRK, Inc. f/k/a R.E. Trucking, an Illinois corporation, is in default.

   B.   That Defendant Rupe Contracting, Inc., an Illinois corporation, is in default.

   C.   That Plaintiffs, Central States, Southeast and Southwest Areas Pension Fund, and Howard McDougall, Trustee, have and recover judgment from and against Defendants, jointly and severally, in the total amount of $10,403.03. This amount consists of a principal amount of $7,268.94; $295.30 in interest accumulated through May 30, 2008;

F:263643 / 08410004 / 6/10/08

$1,453.79 in liquidated damages; $1,035.00 in attorney's fees; and $350.00 in costs for prosecuting this suit.

D. That Plaintiffs are awarded post-judgment interest on the entire judgment balance at an annualized interest rate equal to two percent (2%) plus the prime interest rate established by Chase Manhattan Bank (New York, New York) for the fifteenth (15th) day of the month for which interest is charged and shall be compounded annually.

E. That Plaintiffs are awarded execution for the collection of the judgment and cost granted.

Enter: _____
United States District Court Judge
Northern District of Illinois

Dated: JUN - 5 2008